STATE OF CONNECTICUT *v.* RONALD ROJAS

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 352 (AC 31260), is denied.

NORCOTT and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Frank P. Cannatelli,* in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided June 8, 2011

STATE OF CONNECTICUT *v.* GERALD W. ELLIOTT

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 464 (AC 31022), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided June 8, 2011